*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.

## 13972.  PERRY *v.* THE STATE.

BROYLES, C. J.  The evidence, while circumstantial, was sufficient to exclude every reasonable hypothesis save that of the defendant's guilt, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
DECIDED DECEMBER 13, 1922.

Accusation of possessing liquor; from city court of Greenville —
Judge McGraw.   September 9, 1922.

*Lewis & Tyler,* for plaintiff in error.

*J. F. Hatchett, solicitor,* contra.